UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTATE OF MADISON MILLER by and
through Rita Miller and Jerame Miller as Co-
Personal Representative of the Estate, CORI
MILLER, by and through her next friend,
Jerame Miller, RITA MILLER, individually,
and JERAME MILLER, individually,

      Plaintiffs,

vs.                              CASE NO.:  6:07-CV-1358-19DAB

TOYOTA MOTOR CORP., THRIFTY
RENT-A-CAR SYSTEM, INC., and
JOHN DOE MANUFACTURER,

      Defendants.
_____/

**DEFENDANT, TOYOTA MOTOR CORPORATION'S
DECLARATION OF AMENABILITY AND VOLUNTARY
<u>SUBMISSION TO JURISDICTION OF SOUTH AFRICAN COURTS</u>**

      Without waiving any of its defenses or arguments, and without waiving the priority in which they were asserted in its previously filed motions, Defendant, TOYOTA MOTOR CORPORATION, by and through its undersigned counsel states that it is amenable to service of process in South Africa and further that if this action is dismissed from the instant court and refiled in a timely and proper manner in the appropriate court in the country of South Africa, TOYOTA MOTOR CORPORATION will voluntarily submit to the jurisdiction of said South African court following service of process from said South African court upon TOYOTA MOTOR CORPORATION.  Other than waiving jurisdiction for this case and any others for personal injury, lost consortium or

wrongful death arising out of the same accident which is the subject of this litigation, TOYOTA MOTOR CORPORATION would retain all other defenses, affirmative defenses and avoidances available to it in South Africa's courts.

Respectfully submitted,

s/ *JAMES A. EDWARDS*
JAMES A. EDWARDS, ESQUIRE
Florida Bar No. 0279013
DAMIEN A. ORATO, ESQUIRE
Florida Bar No. 0028219
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
E-Mail:  jedwards@rumberger.com
E-Mail:  dorato@rumberger.com
*Attorneys for Defendant, Toyota Motor Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **F. Bradley Hassell, Esquire** at **FBH@Hassell-Legal.com, Ashleigh J. Smith, Esquire** at **ajs@hassell-legal.com** and

**Emmett Peyton Hodges, Esquire** at **eph@cameronhodges.com**.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  **Douglas P. Desjardins, Esquire** and **Michael Ely, Esquire**, Clapp, Desjardins & Ely, 444 North Capitol Street, NW, Suite 828, Washington, DC  20001.

                                              s/ *JAMES A. EDWARDS*
JAMES A. EDWARDS, ESQUIRE
Florida Bar No. 0279013
DAMIEN A. ORATO, ESQUIRE
Florida Bar No. 0028219
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
E-Mail:  jedwards@rumberger.com
E-Mail:  dorato@rumberger.com
*Attorneys for Defendant, Toyota Motor Corporation*

1201581