UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ESTATE OF MADISON MILLER,**
**by and through Rita Miller and**
**Jerame Miller as co-personal**
**representatives of the estate,**
**CORI MILLER, RITA MILLER,**
**JERAME MILLER,**

      **Plaintiffs,**

**-vs-**                **Case No. 6:07-cv-1358-Orl-19DAB**

**TOYOTA MOTOR CORP.,**
**THRIFTY RENT-A-CAR SYSTEM, INC.,**
**JOHN DOE MANUFACTURER**

      **Defendants.**
_____

# ORDER

   This case comes before the Court on the Motion of Toyota Motor Corporation for Stay Regarding the Issue of *Forum Non Conveniens* and Memorandum of Law in Support Thereof (Doc. No. 96, filed July 1, 2008). Toyota Motor Corporation ("TMC") has moved this Court to stay the proceedings "on the issue of *forum non conveniens*" pending the resolution of that issue in a companion case by the Sixth Circuit. As noted in an earlier order, a federal district court in the Northern District of Ohio dismissed claims arising from the same accident on the grounds of *forum non conveniens*. (Doc. No. 41 at 10 n.5 (citing *Estate of Thomson v. Toyota Motor Corp.*, No. 1:06-cv-2431, 2007 WL 1795271 (N.D. Ohio June 19, 2007)). This Court noted that the Eleventh Circuit's case law precluded the same result in the instant case. (*See id.*)

   A court's power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  Trial courts are afforded "broad discretion" in determining whether to stay a proceeding.  *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551-52 (11th Cir. 1986).  The Eleventh Circuit reviews a district court's decision whether to stay proceedings under an abuse of discretion standard.  *CTI-Container Leasing Corp. v. Uiterwyk Corp.*, 685 F.2d 1284, 1288 (11th Cir. 1982).  District courts have the discretion to issue a stay pending the decision of a substantially related question of law by the Circuit Court or the United States Supreme Court.  *See Myron v. Rodriguez*, No. 3:06-cv-1051-J-TEM, 2008 WL 516753, at \*3 (M.D. Fla. Feb. 22, 2008).

As TMC concedes in the final paragraph of its Motion, the Middle District of Florida is not bound by the decisions of the Sixth Circuit Court of Appeals.  Because the Sixth Circuit's decision in *Estate of Dorothy Thomson* will serve as persuasive authority at most, there is little value in staying this case.  Further, Plaintiffs object to TMC's request, and the Court is hesitant to disrupt this litigation by entering a piecemeal stay.

The Motion of Toyota Motor Corporation for Stay Regarding the Issue of *Forum Non Conveniens* and Memorandum of Law in Support Thereof (Doc. No. 96, filed July 1, 2008) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 2, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record