IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ESTATE OF MADISON MILLER by and through Rita Miller and Jerame Miller as Co-Personal Representatives of the Estate, <br><br> & <br><br> CORI MILLER, by and through her next friend, Jerame Miller, <br><br> & <br><br> RITA MILLER, individually, <br><br> & <br><br> JERAME MILLER, individually <br><br>     Plaintiffs <br><br> v. <br><br> TOYOTA MOTOR CORP. <br>     1 Toyota-Cho, Toyota City, <br>     Aichi Prefecture 471-8571, Japan; <br><br>     & <br><br> THRIFTY RENT-A-CAR SYSTEM, INC <br>     c/o C T Corporation System, <br>     200 S. Pine Island Road <br>     Plantation FL 33324 | CASE NO. 6:07-CV-1358-19DAB <br><br> JUDGE |

## NOTICE OF DESIGNATION OF FABRE DEFENDANTS

**COMES NOW** the Defendant, THRIFTY RENT-A-CAR SYSTEM, INC., by and through its undersigned attorneys, and hereby designates the following as Fabre Defendant(s):

1. SA Red Cross Air Mercy Service.

2. Owner of Eurocopter BO105 helicopter transporting Madison Miller on 10/3/05 (to be more fully identified once discovery is completed).

3. Lessor of Eurocopter BO105 helicopter transporting Madison Miller on 10/3/05 (to be more fully identified once discovery is completed).

4. Manufacturer of Eurocopter BO105 helicopter transporting Madison Miller on 10/3/05 (to be more fully identified once discovery is completed).

5. Jeremy Wood, pilot of the Red Cross helicopter transporting Madison Miller on 10/3/05 (to be more fully identified once discovery is completed).

6. Toyota corporate entity responsible for manufacturing the subject Toyota Condor involved in the motor vehicle accident (to be more fully identified once discovery is completed).

7. Toyota corporate entity responsible for sale of the subject Toyota Condor involved in the motor vehicle accident (to be more fully identified once discovery is completed).

8. Toyota corporate entity responsible for manufacture of the subject Toyota Condor and its parts involved in the motor vehicle accident (to be more fully identified once discovery is completed).

Defendant adopts by reference its initial Fabre defense.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2008 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of an electronic filing to the following **F. Bradley Hassell, Esq.**, 149 South Ridgewood Ave., Suite 301, Post Office Box

00508322.WPD

2229, Daytona Beach, Florida 32115-2229, **Douglas P. Desjardins, Esq.**, 444 North Capitol St., NW, Hall of States, Suite 828, Washington, D.C. 20001.

                                        CAMERON, HODGES, COLEMAN,
                                        LaPOINTE & WRIGHT, P.A.

                                        /s/   E. Peyton Hodges
                                        E. PEYTON HODGES, ESQUIRE
                                        Florida Bar No.: 0262986
                                        15 West Church Street, Suite 301
                                        Orlando, Florida 32801-3301
                                        Telephone:    (407) 841-5030
                                        Facsimile:     (407) 841-1727
                                        eph@cameronhodges.com
                                        Attorneys for Defendant, Thrifty