**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESTATE OF MADISON MILLER, by and through Rita Miller and Jerame Miller as co-personal representatives of the estate, CORI MILLER, RITA MILLER, JERAME MILLER,**
                    **Plaintiffs,**

-vs-                                    Case No. 6:07-cv-1358-Orl-19DAB

**TOYOTA MOTOR CORP., THRIFTY RENT-A-CAR SYSTEM, INC., JOHN DOE MANUFACTURER,**
                      **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED MOTION TO SEAL AND TO FILE DOCUMENTS "ON DISC" (Doc. No. 158)**
>
> **FILED:** February 26, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The parties present insufficient grounds to justify filing commercial documents, described as the International Master License Agreement and the Thrifty Operating Manual, under seal. While the documents are conclusorily described as confidential, by their very nature these are documents that have been viewed by numerous persons in the normal course of Thrifty's business dealings. No sufficient showing of entitlement for filing under seal has been made.

As for the concern that the documents cannot be filed due to their length, the Court suggests that the parties file only the relevant excerpts. It is highly unlikely that all 900 pages of any document are necessary and relevant to the Court's determination of the choice of law issue.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record