UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ESTATE OF MADISON MILLER, by and
through Rita Miller and Jerame Miller as co-
personal representatives of the estate,
CORI MILLER, RITA MILLER,
JERAME MILLER,**

        **Plaintiffs,**

-vs-               Case No. 6:07-cv-1358-Orl-19DAB

**THRIFTY RENT-A-CAR SYSTEM, INC.,
JOHN DOE MANUFACTURER,**

        **Defendants.**

_____

# ORDER

  This case comes before the Court on the following:

1. First Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 168, filed Apr. 1, 2009);

2. Second Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 169, filed Apr. 1, 2009); and

3. Third Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 170, filed Apr. 1, 2009).

  Defendant Thrifty Rent-A-Car System ("Thrifty") filed three motions seeking summary judgment on the same claim based on three different grounds. These filings violate Local Rule 3.01 in two ways. First, subsection (a) establishes a twenty-five page limit for all motions absent leave from the Court. Filing three separate motions seeking identical relief is an obvious violation of this Rule. Second, subsection (c) does not allow a party to file further memoranda directed to a

previously filed motion without leave of the Court. Because the second and third summary judgment motions seek the exact same relief as the first, in substance they are additional memoranda directed to the first motion.

Thrifty, apparently recognizing its violation of the Local Rules, filed a fourth "consolidated" motion which incorporates the arguments from its first three motions within the appropriate page limitation. (Doc. No. 184, filed Apr. 1, 2009.) Accordingly, instead of striking the second and third motions for summary judgment, the Court will deny the first three motions for summary judgment. *See Acrotube, Inc. v. J.K. Fin. Group, Inc.*, 653 F. Supp. 470, 478 (N.D. Ga. 1987). An order setting the advisement date for the Consolidated Motion for Summary Final Judgment of Defendant, Thrifty Rent-A-Car System, Inc. and Memorandum of Law (Doc. No. 184) will follow. Further, Thrifty is placed on notice that exhibits K (Doc. No. 184-12) and L (Doc. No. 184-13) to this motion are indiscernible due to poor scanning quality and will not be considered by the Court unless resubmitted in readable form.

The Court **DENIES** the First Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 168, filed Apr. 1, 2009), the Second Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 169, filed Apr. 1, 2009), and the Third Motion for Summary Judgment by Thrifty Rent-A-Car System, Inc. (Doc. No. 170, filed Apr. 1, 2009).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 5, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record